1  Jeffrey Willis, Esq. (Nevada Bar No. 4797)
   Nathan G. Kanute, Esq. (Nevada Bar No. 12413)
2  SNELL & WILMER L.L.P.
   50 West Liberty Street, Suite 510
3  Reno, Nevada  89501-1961
4  Telephone:  775-785-5440
   Facsimile:  775-785-5441
5  Email: jwillis@swlaw.com
          nkanute@swlaw.com
6  *Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE7, ASSET BACKED PASS-THROUGH CERTIFICATES;<br><br>Plaintiff,<br><br>vs.<br><br>VELEZ FAMILY TRUST; MARTIN CENTENO, an individual; RED ROCK FINANCIAL SERVICES, LLC, a Nevada limited-liability company; FIRST LIGHT AT OLD VEGAS RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation;<br><br>Defendants. | Case No. 2:17-cv-00819-JAD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION TO DISMISS**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 30 |

Plaintiff HSBC Bank USA, National Association as Trustee for Ace Securities Corp. Home Equity Loan Trust, Series 2005-HE7, Asset Backed Pass-Through Certificates ("HSBC" or "Plaintiff"), Defendant Red Rock Financial Services, LLC ("Red Rock", collectively with HSBC, the "Parties") hereby stipulate and agree that HSBC's opposition to Red Rock's Motion to Dismiss the Complaint Pursuant to FRCP 12(b)(6) ("Motion to Dismiss," ECF No. 23), which is due June 21, 2017, may be extended to July 7, 2017.

The Parties have been in discussions about a withdrawal of the Motion to Dismiss, staying

4843-1726-2154

1  the litigation, or some other potential resolution of the claims against Red Rock. The Parties
2  require additional time for those discussions. Accordingly, good cause exists to extend HSBC's
3  opposition date to July 7, 2017.  The Parties respectfully request the Court grant this stipulation.

DATED this 22nd day of June, 2017.

DATED this 22nd day of June, 2017.

KOCH & SCOW, LLC

SNELL & WILMER L.L.P.

By:  */s/ Brody B. Wight (with permission)*
    David R. Koch, Esq.
    Nevada Bar No. 8830
    Steven B. Scow, Esq.
    Nevada Bar No. 9906
    Brody B. Wight, Esq.
    Nevada Bar No. 13615
    11500 S. Eastern Ave., Ste. 210
    *Attorneys for Red Rock Financial Services, LLC*

By:  */s/ Nathan G. Kanute*
    Jeffrey Willis, Esq.
    Nevada Bar No. 4797
    Nathan G. Kanute, Esq.
    Nevada Bar No. 12413
    50 West Liberty Street, Suite 510
    Reno, Nevada 89501
    *Attorneys for HSBC*

**IT IS SO ORDERED**.

_____
UNITED STATES DISTRICT JUDGE

DATED:  6-26-17

- 2 -

4843-1726-2154