Jeffrey Willis, Esq. (Nevada Bar No. 4797)
Nathan G. Kanute, Esq. (Nevada Bar No. 12413)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jwillis@swlaw.com
　　　　nkanute@swlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE7, ASSET BACKED PASS-THROUGH CERTIFICATES;<br><br>Plaintiff,<br><br>vs.<br><br>VELEZ FAMILY TRUST; MARTIN CENTENO, an individual; RED ROCK FINANCIAL SERVICES, LLC, a Nevada limited-liability company; FIRST LIGHT AT OLD VEGAS RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation;<br><br>Defendants. | Case No. 2:17-cv-00819-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF RED ROCK FINANCIAL SERVICES, LLC**<br><br>ECF Nos. 23, 28, 32, 33 |

## **STIPULATION**

This *Stipulation and Order for Dismissal without Prejudice of Red Rock Financial Services, LLC* ("Stipulation") is entered into as of the date below by and between HSBC Bank USA, National Association as Trustee for Ace Securities Corp. Home Equity Loan Trust, Series 2005-HE7, Asset Backed Pass-Through Certificates ("HSBC or Plaintiff"), by and through counsel of record, and Defendant Red Rock Financial Services, LLC ("Red Rock") (HSBC and collectively with Red Rock, the "Parties"). The parties hereby stipulate and agree as follows:

4839-8319-0859

WHEREAS, the above-captioned action concerns an NRS 116 foreclosure sale involving that real property in Clark County, Nevada with APN 179-34-615-084, commonly known as 2556 Velez Valley Way, Henderson, Nevada 89002 (the "Property");

WHEREAS, the Plaintiff filed this action on March 20, 2017 and alleges several causes of action against Red Rock;

WHEREAS, Red Rock filed a Motion to Dismiss on June 7, 2017; and

WHEREAS, Red Rock disclaims any interest in the Property.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. The Complaint is dismissed without prejudice as to Red Rock only, with each party to bear their own fees/costs, and the Motion to Dismiss is deemed withdrawn.

2. Any statute of limitations for the causes of action asserted against Red Rock, which Red Rock may allege have expired since the Complaint was filed on March 20, 2017 to the date of this Stipulation, shall be tolled until further agreement of the Parties.

3. Within 14 days after entry of this Stipulation and Order, Red Rock shall provide to First Light at Old Vegas Ranch Homeowners Association's (the "Association") defense counsel of record in this matter the Association's records, which are in Red Rock's possession, concerning the Association's NRS Chapter 116 assessment lien foreclosure on the Property for production by the Association's defense counsel in the course of discovery under the Federal Rules of Civil Procedure, subject to any and all applicable objections.

4. Upon proper notice by Plaintiff in accord with the Federal Rules of Civil Procedure, Red Rock shall make available a knowledgeable witness for deposition limited to the Association's assessment lien foreclosure sale of the Property, and subject to any and all applicable objections. Red Rock shall be provided 30 days' notice of the deposition, and an opportunity to coordinate with Plaintiff's counsel, a mutually convenient time, date and location of such deposition.

5. The Parties reserve any and all rights, privileges, and defenses under applicable law.

///

4839-8319-0859

Wherefore, the undersigned request this Court enter an Order granting the above stipulation.

DATED this 3rd day of July, 2017.    DATED this 3rd day of July, 2017.

KOCH & SCOW, LLC    SNELL & WILMER L.L.P.

By: */s/ Steven B. Scow (with permission)*    By: */s/ Nathan G. Kanute*
   David R. Koch, Esq.       Jeffrey Willis, Esq.
   Nevada Bar No. 8830       Nevada Bar No. 4797
   Steven B. Scow, Esq.       Nathan G. Kanute, Esq.
   Nevada Bar No. 9906       Nevada Bar No. 12413
   Brody B. Wight, Esq.       50 West Liberty Street, Suite 510
   Nevada Bar No. 13615       Reno, Nevada  89501
   11500 S. Eastern Ave., Ste. 210       *Attorneys for HSBC*
   *Attorneys for Red Rock Financial Services, LLC*

**ORDER**

Based on the stipulation between plaintiff and Red Rock Financial Services, LLC [ECF No. 32], which this court treats as a joint motion under LR 7-1(c), **IT IS SO ORDERED**;

IT IS FURTHER ORDERED that all claims against Red Rock Financial Services, LLC are DISMISSED without prejudice, each party to bear its own fees and costs. The Clerk of Court may TERMINATE Red Rock as a party in this action;

IT IS FURTHER ORDERED that Red Rock's Motion to Dismiss [ECF No. 23] is DENIED as moot.

IT IS FURTHER ORDERED, based on the stipulation between the HOA and plaintiff (which I also treat as a joint motion under LR 7-1(c)) and good cause appearing, that HSBC will have until July 28, 2017, to file its response to the HOA's motion to dismiss [ECF Nos. 23, 28].

                                                                                     _____
                                                                                     U.S. District Judge Jennifer Dorsey
                                                                                     July 6, 2017

4839-8319-0859