Jeffrey Willis, Esq. (Nevada Bar No. 4797)
Nathan G. Kanute, Esq. (Nevada Bar No. 12413)
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jwillis@swlaw.com
        nkanute@swlaw.com

*Attorneys for Plaintiff HSBC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE7, ASSET BACKED PASS-THROUGH CERTIFICATES;<br><br>Plaintiff,<br><br>vs.<br><br>VELEZ FAMILY TRUST; MARTIN CENTENO, an individual; RED ROCK FINANCIAL SERVICES, LLC, a Nevada limited-liability company; FIRST LIGHT AT OLD VEGAS RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation;<br><br>Defendants. | Case No. 2:17-cv-00819-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF FIRST LIGHT AT OLD VEGAS RANCH HOMEOWNERS ASSOCIATION**<br><br>ECF No. 35 |

**STIPULATION**

This *Stipulation and Order for Dismissal without Prejudice of First Light at Old Vegas Ranch Homeowners Association* ("Stipulation") is entered into as of the date below by and between HSBC Bank USA, National Association as Trustee for Ace Securities Corp. Home Equity Loan Trust, Series 2005-HE7, Asset Backed Pass-Through Certificates ("HSBC or Plaintiff"), by and through counsel of record, and Defendant First Light at Old Vegas Ranch Homeowners Association ("First Light") (HSBC and collectively with First Light, the "Parties").

4840-5243-7580

The parties hereby stipulate and agree as follows:

WHEREAS, the above-captioned action concerns an NRS 116 foreclosure sale involving that real property in Clark County, Nevada with APN 179-34-615-084, commonly known as 2556 Velez Valley Way, Henderson, Nevada 89002 (the "Property");

WHEREAS, the Plaintiff filed this action on March 20, 2017 and alleges several causes of action against First Light;

WHEREAS, First Light filed a Joinder to Defendant Red Rock Financial Services, LLC's Motion to Dismiss on June 8, 2017; and

WHEREAS, First Light disclaims any interest in the Property other than potential interests, created pursuant to NRS Chapter 116 and the applicable Covenants, Conditions and Restrictions, that may have arisen after the foreclosure sale that is the subject of this litigation.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that:

1. The Complaint is dismissed without prejudice as to First Light only, with each party to bear their own fees/costs, and the Motion to Dismiss is deemed withdrawn.

2. Any statute of limitations for the causes of action asserted against First Light, which First Light may allege have expired since the Complaint was filed on March 20, 2017 to the date of this Stipulation, shall be tolled until further agreement of the Parties.

3. Within 20 days after entry of this Stipulation and Order, First Light shall provide to Plaintiff's counsel of record in this matter First Light's records concerning its NRS Chapter 116 assessment lien foreclosure on the Property along with an affidavit of the Custodian of Records for First Light.

4. Upon proper notice by Plaintiff in accord with the Federal Rules of Civil Procedure, First Light shall make available a knowledgeable witness for deposition and trial. The deposition will be limited to First Light's assessment lien foreclosure sale of the Property, and subject to any and all applicable objections. First Light shall be provided 30 days' notice of the deposition, and an opportunity to coordinate with Plaintiff's counsel, a mutually convenient time, date and location of such deposition.

4840-5243-7580

1        5.    The Parties reserve any and all rights, privileges, and defenses under applicable law.

Wherefore, the undersigned request this Court enter an Order granting the above stipulation.

DATED this 26th day of July, 2017.          DATED this 26th day of July, 2017.

PENGILLY LAW FIRM                                SNELL & WILMER L.L.P.

By: /s/ Elizabeth Lowell (with permission)      By: /s/ Nathan G. Kanute
   James W. Pengilly, Esq.                          Jeffrey Willis, Esq.
   Nevada Bar No. 6085                              Nevada Bar No. 4797
   Elizabeth Lowell, Esq.                           Nathan G. Kanute, Esq.
   Nevada Bar No. 8551                              Nevada Bar No. 12413
   1995 Village Center Cir., Suite 190              50 West Liberty Street, Suite 510
   Las Vegas, Nevada 89134                          Reno, Nevada 89501
   *Attorneys for First Light at Old Vegas*         *Attorneys for HSBC*
   *Ranch Homeowners Association*

### ORDER

**IT IS SO ORDERED**. The Motion to Dismiss [23] is deemed WITHDRAWN, and plaintiff's claims against First Light at Old Vegas Ranch Homeowners Association are DISMISSED without prejudice.

_____
U.S. District Judge Jennifer Dorsey
7-27-17