# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| HSBC BANK USA, *et al.*, | |
| Plaintiffs, | 2:17-cv-00819-JAD-VCF |
| vs. | **ORDER** |
| VELEZ FAMILY TRUST, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff's Proposed Discovery Plan and Scheduling Order (ECF No. 37).

Accordingly,

IT IS HEREBY ORDERED that a hearing on Plaintiff's Proposed Discovery Plan and Scheduling Order (ECF No. 37) is scheduled for 1:00 PM, March 2, 2018, in Courtroom 3D.

DATED this 16th day of February, 2018.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE