Jeffrey Willis, Esq.
Nevada Bar No. 4797
Nathan G. Kanute, Esq.
Nevada Bar No. 12413
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
Telephone: 775-785-5440
Facsimile: 775-785-5441
Email: jwillis@swlaw.com
       nkanute@swlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE7, ASSET BACKED PASS-THROUGH CERTIFICATES;<br><br>Plaintiff,<br><br>vs.<br><br>VELEZ FAMILY TRUST; MARTIN CENTENO, an individual; RED ROCK FINANCIAL SERVICES, LLC, a Nevada limited-liability company; FIRST LIGHT AT OLD VEGAS RANCH HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation;<br><br>Defendants.<br><br>AND ALL RELATED MATTERS. | Case No. 2:17-cv-00819-JAD-VCF<br><br>**PLAINTIFF'S MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT**<br><br>**AND**<br><br>**ORDER**<br><br>**(FIRST REQUEST)**<br><br>ECF No. 44 |

HSBC Bank USA, National Association as Trustee for Ace Securities Corp. Home Equity Loan Trust, Series 2005-HE7, Asset Backed Pass-Through Certificates ("HSBC" or "Plaintiff"), by its counsel, hereby requests that the Court stay these proceedings in their entirety pending settlement. In support of this request for a stay of these proceedings, Plaintiff states as follows:

On March 2, 2018 at 1:00 p.m., the Court held a status hearing on this matter (the "Status Hearing"). At the Status Hearing, the Court ordered the parties to file a scheduling order on or

4817-2918-3587

before May 1, 2018. The undersigned has conferred with Mr. Ricardo Fojas, trustee of the Velez Family Trust (the "Trust"), regarding a potential resolution of this case. Mr. Fojas has indicated to the undersigned that he has communicated with Mr. Martin Centeno regarding resolution. Mr. Fojas has confirmed by phone and email that the Trust and Mr. Centeno have agreed to the essential terms of a settlement proposed by HSBC. The undersigned is in the process of drafting a settlement agreement to finalize the settlement and resolve this matter in its entirety. When settlement is finalized, the parties will file a stipulated dismissal. Given that the parties have effectively settled this matter in its entirety, a stay of further proceedings would be appropriate. If settlement terms are not finalized within 90 days of this Motion, Plaintiff will submit a status report to the Court providing an update on the status of settlement.

WHEREFORE, Plaintiff respectfully requests that this matter be stayed in its entirety with a status report to be filed within 90 days of this Motion if the case has not been dismissed.

DATED this 1st day of May, 2018.　　　SNELL & WILMER L.L.P.

By: /s/ Nathan G. Kanute
Jeffrey Willis, Esq.
Nathan G. Kanute, Esq.
50 West Liberty Street, Suite 510
Reno, Nevada 89501
*Attorneys for Plaintiff HSBC*

**ORDER**

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT COURT JUDGE
Dated: 5-1-18

4817-2918-3587