# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIERS 2005-HE7, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>Plaintiff,<br><br>vs.<br>VELEZ FAMILY TRUST; MARTIN CENTENO, an individual; RED ROCK FINANCIAL SERVICES, LLC, a Nevada limited-liability company; FIRST LIGHT AT OLD VEGAS RANCH HOMEOWNERS ASSOCIATION,<br><br>Defendant. | 2:17-cv-00819-JAD-VCF<br>**ORDER** |

Before the Court is the Motion for Substitution of Ricardo Rojas in Lieu of Defendant Velez Family Trust (ECF No. 47).

Accordingly,

IT IS HEREBY ORDERED that a hearing on the Motion for Substitution of Ricardo Rojas in Lieu of Defendant Velez Family Trust (ECF No. 47) is scheduled for 2:00 PM, July 2, 2018, in Courtroom 3D.

DATED this 18th day of June, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE