# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR ACE SECURITIES CORP. HOME EQUITY LOAN TRUST, SERIES 2005-HE7, ASSET BACKED PASS-THROUGH CERTIFICATES,<br><br>Plaintiffs,<br><br>vs.<br>RICARDO FOJAS; and MARTIN CENTENO, an individual,<br><br>Defendanst. | 2:17-cv-00819-JAD-VCF<br>**ORDER** |

Before the Court is the Joint Status Report Regarding Settlement (ECF NO. 52).

Accordingly,

IT IS HEREBY ORDERED that a status hearing is scheduled for 10:00 AM, October 30, 2018, in Courtroom 3D.

DATED this 1st day of August, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE